AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:24-cr-705
)
Attachment A to the Affidavit of ATF SA Cal Mattox )
Dated April 18, 2024. )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A to the Affidavit of ATF SA Cal Mattox dated April 18, 2024.
located in the    Northern    District of    California   , there is now concealed *(identify the person or describe the property to be seized)*:

Please See Attachment B to the Affidavit of ATF SA Cal Mattox Dated April 18, 2024.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(o) | Possession of a machinegun |
| 18 USC 924(c) | Possession of a firearm in furtherance of drug trafficking crime. |
| 21 USC 841(a)(1) | PWID controlled substances |

The application is based on these facts:

Please see the attached Affidavit of ATF SA Cal Mattox dated April 18, 2024.

☑ Continued on the attached sheet.
☑ Delayed notice of  365  days *(give exact ending date if more than 30 days:*   04/18/2025   *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Calvin Mattox
*Applicant's signature*

Cal Mattox, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
   Telephone   *(specify reliable electronic means)*.

Date:   04/18/2024
*Judge's signature*

City and state:   Charleston, South Carolina     Mary Gordon Baker, United States Magistrate Judge
*Printed name and title*